

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:      01-15-00556-CV

Style:      In the Interest of S.R.-M.C..

Date motion filed*:      December 28, 2015

Type of motion:      Motion for withdrawal of counsel

Party filing motion:      Appellant

Document to be filed:

Is appeal accelerated?      Yes

If motion to extend time:
     Original due date:
     Number of previous extensions granted:      Current Due date:
     Date Requested:

Ordered that motion is:

☐ Granted

     If document is to be filed, document due:

         ☐      The Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

**Appointed counsel continues to represent the parent until the suit is dismissed, the appeals are exhausted or waived, or the attorney is relieved of his duties or replaced by the trial court.** *See* **TEX. FAM. CODE ANN. § 107.013(a)(1) (West Supp. 2015).**

Judge's signature:    /s/ Chief Justice Sherry Radack
                    ☒ Acting individually      ☐ Acting for the Court

Date: December 31, 2015

November 7, 2008 Revision